UNITED STATES of America v. Claude CARTER.

No. 6037.

Circuit Court of Appeals, Ninth Circuit.

March 12, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Ordered appeal dismissed, and mandate issued forthwith pursuant to stipulation.

UNITED STATES of America, Appellant, v. Kitty JACKSON et al., Appellees.

No. 5659.

Circuit Court of Appeals, Ninth Circuit.

March 17, 1930.

Geo. J. Hatfield, U. S. Atty., of San Francisco, Cal., and Albert E. Sheets, Asst. U. S. Atty., of Sacramento, Cal.

W. Ernest Dickson, of Eureka, Cal., for appellees.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Ordered mandate of Supreme Court of the United States, 50 S. Ct. 143, answering question certified, filed, and decree entered in accordance therewith, reversing decree of District Court, 27 F.(2d) 751, and directing entry of decree in District Court in accordance with prayer of complaint.

UNITED STATES of America, Appellant, v. John PARROTT et al., Appellees.

No. 6120.

Circuit Court of Appeals, Ninth Circuit.

April 7, 1930.

See, also, 30 F.(2d) 792.

Before DIETRICH and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for the appellant, ordered appeal herein dismissed.

UNITED STATES, Plaintiff-Appellee, v. Bertha E. ROBIE, Defendant-Appellant.

No. 245.

Circuit Court of Appeals, Second Circuit.

Feb. 18, 1930.

Herbert W. Blake, of Gardner, Mass., and Daniel L. Strauss, of Newark, N. J., for appellant.

Harry B. Amey, of Burlington, Vt., for the United States.

Before MANTON, AUGUSTUS N HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.